1  XAVIER A.M. LAVOIPIERRE (SBN 132798)
   LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
2  809 Broadway, Suite 5
   P. O. Box 256
3  Sonoma, CA 95476-0256
   Tel: (707)938-1611
4  Fax: (707)938-4223

5  Attorney for Defendants
   SAN RAFAEL TOUCHLESS CAR WASH,
6  PATTY SHIMEK AND MIKE SMITH

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14  REMIGIO EDMUNDO ALARCON, JACK  )  Case No.
    FRAHM, MARTIN MONROY, AND NILTON )
15  SANTIAGO SIGUENZA,              )  JOINDER IN NOTICE OF REMOVAL OF
                                    )  ACTION
16              Plaintiffs,         )
                                    )  DEMAND FOR JURY TRIAL
17       v.                         )
                                    )
18  SHIM, INC., CANADIAN-AMERICAN OIL )
    CO., SAN RAFAEL TOUCHLESS CAR   )
19  WASH, BERKELEY TOUCHLESS CAR    )
    WASH, MIKE SHIMEK, ROY SHIMEK AND )
20  DOES 1 THROUGH 100, INCLUSIVE,  )
                                    )
21              Defendants.         )
                                    )
22                                  )
                                    )
23                                  )

24

25

26

27

28

---

JOINDER IN NOTICE OF REMOVAL OF ACTION

1

Defendant San Rafael Touchless Car Wash hereby joins in Patty Shimek's and Mike Smith's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Defendants hereby demand trial by jury.

Dated: June 4, 2007

LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: _____
Xavier A.M. Lavoipierre
Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK AND MIKE SMITH

*Alarcon, et al. v. Shim, Inc., et al.*

PROOF OF SERVICE BY MAIL

I, Nazha Shatara, declare that I am an active member of the State Bar of California and not a party to the within above-entitled action. My business address is 809 Broadway, Suite 5; P.O. Box 256; Sonoma, California, 95476-0256.

On June 4, 2007, I deposited in the U.S. Mail the following document(s):

1) **JOINDER IN NOTICE OF REMOVAL OF ACTION**

in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sonoma, California, addressed as follows:

Albert A. Erkel, Jr.
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA 95661

Scot Bernstein
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655

Thomas I. Saberi
Law Offices of William H. Paynter
1045 Airport Blvd., Suite 12
South San Francisco, CA 94080

(X) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Sonoma, California, on June 4, 2007.

Nazha Shatara