THOMAS I. SABERI (SBN 169652)
LAW OFFICES OF WILLIAM H. PAYNTER
1045 Airport Blvd, Suite 12
South San Francisco, CA 94080
Tel: (650)588-2428
Fax: (650)873-7046

Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK AND MIKE SHIMEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA,<br><br>Plaintiffs,<br><br>v.<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION<br><br>DEMAND FOR JURY TRIAL |

---

JOINDER IN NOTICE OF REMOVAL OF ACTION

Defendants Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Berkeley Touchless Car Wash, Mike Shimek, Roy Shimek hereby join in Patty Shimek's and Mike Smith's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Defendants hereby demand trial by jury.

Dated: June 4, 2007

LAW OFFICES OF WILLIAM H. PAYNTER

By: _____
Thomas I. Saberi
Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK AND MIKE SHIMEK

*Alarcon, et al. v. Shim, Inc., et al.*

PROOF OF SERVICE BY MAIL

I, Nazha Shatara, declare that I am an active member of the State Bar of California and not a party to the within above-entitled action. My business address is 809 Broadway, Suite 5; P.O. Box 256; Sonoma, California, 95476-0256.

On June 4, 2007, I deposited in the U.S. Mail the following document(s):

1) JOINDER IN NOTICE OF REMOVAL OF ACTION

in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sonoma, California, addressed as follows:

Albert A. Erkel, Jr.
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA 95661

Scot Bernstein
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655

Law Office of Xavier A.M. Lavoipierre
Xavier A.M. Lavoipierre
809 Broadway, Suite 5
Sonoma, CA 95476

(X) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Sonoma, California, on June 4, 2007.

_____
Nazha Shatara