Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533

Attorneys for: Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>　　**Plaintiffs,**<br><br>　　vs.<br><br>**Shim, Inc., et al.,**<br><br>　　**Defendants** | No. C 07-02894 MEJ<br><br>**REQUEST TO ENTER DEFAULT** |

　　Plaintiffs Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy and Nilton Santiago Siguenza hereby request that the Clerk of the above-entitled Court enter default in this matter against defendants Patty Shimek and Mike Smith on the ground that such defendants have failed to file a pleading or motion within the time permitted by Federal Rule of Civil Procedure 81(c).

　　Defendants Patty Shimek and Mike Smith removed this case to United States District

1

_____
REQUEST TO ENTER DEFAULT

Court, Northern District of California on June 4, 2007.  In their Notice Of Removal, defendants acknowledge that Mike Smith was deemed served with the First Amended Complaint on January 16, 2007 and that Patty Shimek was deemed served with the First Amended Complaint on January 22, 2007.  Neither defendant Patty Shimek nor defendant Mike Smith have answered nor presented other defenses or objections.  Pursuant to Federal Rule of Civil Procedure 81(c) defendants "shall answer or present the other defenses or objections available under these rules within … 5 days after the filing of the petition for removal…."

       The above stated facts are set forth in the accompanying declaration of Albert A. Erkel, Jr., filed herewith.

Dated: June 18, 2007

                              LAW OFFICES OF ALBERT A. ERKEL, JR.

                              _____/S/ Albert A. Erkel, Jr._____

                              Albert A. Erkel, Jr.
                              Attorneys for Plaintiffs