Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**Shim, Inc., et al.,**<br><br>    **Defendants** | No. C 07-02894 MEJ<br><br>**DECLARATION OF ALBERT A. ERKEL, JR. IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Albert A. Erkel, Jr., declare:

1.   I am an attorney licensed to practice in the Courts of the State of California in the United States District Court, Northern District of California.  I am one of the attorneys for the plaintiffs in this matter.  I have personal knowledge of the facts set forth herein and if called to testify I could and would testify under oath as to such facts.

1

2. Defendants Patty Shimek and Mike Smith removed this case to United States District Court, Northern District of California on June 4, 2007. In their Notice Of Removal, defendants acknowledge that Mike Smith was deemed served with the First Amended Complaint on January 16, 2007 and that Patty Shimek was deemed served with the First Amended Complaint on January 22, 2007.

3. At approximately 10:20 a.m. on June 18, 2007, I viewed the docket sheet for this action by using the Pacer system. According to the docket sheet for this action, neither defendant Patty Shimek nor defendant Mike Smith have answered nor presented other defenses or objections.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed on May 18, 2007 in Roseville, California.

    /S/ Albert A. Erkel, Jr.
Albert A. Erkel, Jr.

DECLAATION OF ALBERT A. ERKEL, JR. IN SUPPORT OF REQUEST TO ENTER DEFAULT