1  XAVIER A.M. LAVOIPIERRE (SBN 132798)
   LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
2  809 Broadway, Suite 5
   P. O. Box 256
3  Sonoma, CA 95476-0256
   Tel: (707)938-1611
4  Fax: (707)938-4223

5  Attorney for Defendants
   SAN RAFAEL TOUCHLESS CAR WASH
6  PATTY SHIMEK and MIKE SMITH

7

8

9                    UNITED STATES DISTRICT COURT

10              IN AND FOR THE COUNTY OF ALAMEDA

11

12

13  REMIGIO EDMUNDO ALARCON, et al.        Case No. C 07-2894 MEJ

14              Plaintiffs,               **ANSWER TO COMPLAINT;**
                                          **DEMAND FOR JURY TRIAL**
15       v.

16  SHIM, INC., et al.,

17              Defendants.

18

19       COME NOW the Defendants PATTY SHIMEK and MIKE SMITH, and in answer to Plaintiffs'

20  First Amended Complaint on file herein, admit, deny and allege as follows:

21       1.    Responding to Paragraph 1 of the First Amended Complaint, defendants are informed and

22  believe that the allegations contained therein are true.

23       2.    Responding to Paragraph 2 of the First Amended Complaint, defendants are informed and

24  believe that the allegations contained therein are true.

25       3.    Responding to Paragraph 3 of the First Amended Complaint, defendants admit the

26  allegations contained therein.

27  ///

28  ///

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL
                                1

4.    Responding to Paragraph 4 of the First Amended Complaint, defendants admit that Roy Shimek, Patty Shimek and Mike Smith are general partners of San Rafael Touchless Car Wash, but deny the remaining allegations contained therein.

5.    Responding to Paragraph 5 of the First Amended Complaint, defendants are informed and believe that Berkeley Touchless Car Wash is a fictitious name once used by Canadian-American Oil Co., and now used by Shim, Inc.

6.    Responding to Paragraph 3 of the Complaint, defendant admits that this Court has personal jurisdiction as set forth in said paragraph, but denies that defendant is liable to plaintiff pursuant to any of the causes of action set forth in plaintiff's Complaint.

4.    Responding to Paragraph 4 of the Complaint, defendant admits that venue is proper in this district as set forth in said paragraph, but denies that defendant is liable to plaintiff pursuant to any of the causes of action set forth in plaintiff's Complaint.

5.    Responding to Paragraph 5 of the Complaint, defendant admits that this case is subject to district-wide assignment.  Except as so admitted, defendant denies each and every allegation contained therein.  For the convenience of the parties, witnesses and attorneys, defendant hereby requests that this case remain assigned to the San Francisco division.

6.    Responding to Paragraph 6 of the First Amended Complaint, defendants lack sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

7.    Responding to Paragraph 7 of the First Amended Complaint, defendants lack sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

8.    Responding to Paragraph 8 of the First Amended Complaint, defendants admit the allegations contained therein.

9.    Responding to Paragraph 9 of the First Amended Complaint, defendants admit the allegations contained therein.

///

///

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

1    10.    Responding to Paragraph 10 of the First Amended Complaint, defendants lack sufficient

2    knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said

3    paragraph, and on that basis denies each and every allegation contained therein.

4    11.    Responding to Paragraph 11 of the First Amended Complaint, defendants lack sufficient

5    knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said

6    paragraph, and on that basis denies each and every allegation contained therein.

7    12.    Responding to Paragraph 12 of the First Amended Complaint, defendants lack sufficient

8    knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said

9    paragraph, and on that basis denies each and every allegation contained therein.

10    13.    Responding to Paragraph 13 of the First Amended Complaint, defendants admit the

11    allegations contained therein.

12    14.    Responding to Paragraph 14 of the First Amended Complaint, defendants admit the

13    allegations contained therein.

14    15.    Responding to Paragraph 15 of the First Amended Complaint, defendants deny each and

15    every allegation contained therein.

16    16.    Responding to Paragraph 16 of the First Amended Complaint, defendants deny each and

17    every allegation contained therein.

18    17.    Responding to Paragraph 17 of the First Amended Complaint, defendants deny that all

19    plaintiffs were and/or are employed by all defendants.

20    18.    Responding to Paragraph 18 of the First Amended Complaint, defendants incorporate by

21    reference, as though set forth fully herein, their responses to Paragraphs 1 through 17 of the First

22    Amended Complaint.

23    19.    Responding to Paragraph 19 of the First Amended Complaint, defendants deny each and

24    every allegation contained therein.

25    20.    Responding to Paragraph 20 of the First Amended Complaint, defendants deny that the

26    Labor Code section or wage order apply to Plaintiffs' employment.

27    21.    Responding to Paragraph 21 of the First Amended Complaint, defendants deny that the

28    Labor Code section or wage order apply to Plaintiffs' employment.

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

1    22.    Responding to Paragraph 22 of the First Amended Complaint, defendants deny that the

2    Labor Code section or wage order apply to Plaintiff Nilton Siguenza's employment.

3    23.    Responding to Paragraph 23 of the First Amended Complaint, defendants deny that the

4    Labor Code section or wage order apply to Plaintiff Nilton Siguenza's employment.

5    24.    Responding to Paragraph 24 of the First Amended Complaint, defendants incorporate by

6    reference, as though set forth fully herein, their responses to Paragraphs 1 through 17 of the First

7    Amended Complaint.

8    25.    Responding to Paragraph 25 of the First Amended Complaint, defendants deny that the

9    overtime provisions apply to Plaintiffs' employment.

10    26.    Responding to Paragraph 26 of the First Amended Complaint, defendants lack sufficient

11    knowledge or information upon which to form a belief as to the truth or falsity of the allegations of said

12    paragraph, and on that basis denies each and every allegation contained therein.

13    27.    Responding to Paragraph 27 of the First Amended Complaint, defendants incorporate by

14    reference, as though set forth fully herein, their responses to Paragraphs 1 through 26 of the First

15    Amended Complaint.

16    28.    Responding to Paragraph 28 of the First Amended Complaint, no response is required

17    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

18    County Superior Court.

19    29.    Responding to Paragraph 29 of the First Amended Complaint, no response is required

20    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

21    County Superior Court.

22    30.    Responding to Paragraph 30 of the First Amended Complaint, no response is required

23    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

24    County Superior Court.

25    31.    Responding to Paragraph 31 of the First Amended Complaint, no response is required

26    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

27    County Superior Court.

28

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

1    32.    Responding to Paragraph 32 of the First Amended Complaint, no response is required

2    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

3    County Superior Court.

4    33.    Responding to Paragraph 33 of the First Amended Complaint, no response is required

5    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

6    County Superior Court.

7    34.    Responding to Paragraph 34 of the First Amended Complaint, no response is required

8    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

9    County Superior Court.

10    35.    Responding to Paragraph 35 of the First Amended Complaint, no response is required

11    since this cause of action cannot be stated by Plaintiff's, as previously determined by the Alameda

12    County Superior Court.

13    36.    Responding to Paragraph 36 of the First Amended Complaint, defendants incorporate by

14    reference, as though set forth fully herein, their responses to Paragraphs 1 through 35 of the First

15    Amended Complaint.

16    37.    Responding to Paragraph 37 of the First Amended Complaint, defendants deny each and

17    every allegation contained therein.

18    38.    Responding to Paragraph 38 of the First Amended Complaint, defendants deny each and

19    every allegation contained therein.

20    39.    Responding to Paragraph 39 of the First Amended Complaint, defendants deny each and

21    every allegation contained therein.

22    40.    Responding to Paragraph 40 of the First Amended Complaint, defendants incorporate by

23    reference, as though set forth fully herein, their responses to Paragraphs 1 through 39 of the First

24    Amended Complaint.

25    41.    Responding to Paragraph 41 of the First Amended Complaint, defendants deny each and

26    every allegation contained therein.

27    42.    Responding to Paragraph 42 of the First Amended Complaint, defendants deny each and

28    every allegation contained therein.

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

1  Defendants further submit the following affirmative defenses to the First Amended Complaint:

2

3                          FIRST AFFIRMATIVE DEFENSE

4      The first amended complaint, and any purported cause of action contained therein, fails to state

5  facts sufficient to constitute a cause of action against defendants.

6                         SECOND AFFIRMATIVE DEFENSE

7      Plaintiffs' purported causes of action are barred by the applicable Statutes of Limitations,

8  including but not limited to California Code of Civil Procedure sections 337, 338, 339, 340 and/or 343;

9  Business and Professions Code section 17208; 29 USC section 255(a); and any other applicable

10 provision of law.

11                          THIRD AFFIRMATIVE DEFENSE

12     Plaintiffs' purported causes of action against defendants are barred by the doctrine of Estoppel.

13                         FOURTH AFFIRMATIVE DEFENSE

14     Plaintiffs' purported causes of action are barred by the doctrine of Laches.

15                          FIFTH AFFIRMATIVE DEFENSE

16     Plaintiffs' purported causes of action against defendants are barred by the doctrine of Unclean

17 Hands.

18                          SIXTH AFFIRMATIVE DEFENSE

19     Plaintiffs' purported causes of action are barred because plaintiffs' damages, if any, were caused,

20 if at all, by the fault or wrongdoing of other persons.

21                        SEVENTH AFFIRMATIVE DEFENSE

22     Plaintiffs' purported causes of action are barred because plaintiffs' damages, if any, were caused,

23 if at all, by the fault or wrongdoing of plaintiffs themselves.

24                         EIGHTH AFFIRMATIVE DEFENSE

25     Plaintiffs' purported causes of action are barred because plaintiffs forever waived the right, if

26 they ever had such right, to assert such causes of action against defendants.

27 ///

28 ///

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL
                                        6

1

## NINTH AFFIRMATIVE DEFENSE

2    Plaintiffs' damages, if any, should be reduced due to plaintiffs' failure to mitigate, minimize, or

3    avoid their damages, if any.

4

## TENTH AFFIRMATIVE DEFENSE

5    Plaintiffs' purported causes of action are barred, or recovery reduced, by plaintiffs' carelessness,

6    recklessness and/or negligence in the matters complained of in the first amended complaint.

7

## ELEVENTH AFFIRMATIVE DEFENSE

8    Plaintiffs' purported causes of action are barred in that plaintiffs have failed to exhaust their

9    administrative remedies.

10

## TWELFTH AFFIRMATIVE DEFENSE

11    Plaintiffs' purported causes of action are barred since plaintiffs were not entitled to overtime

12    compensation, in that plaintiffs were exempt employees as contemplated by the federal Fair Labor

13    Standards Act and the California Labor Code, and by regulations and work orders promulgated pursuant

14    thereto.

15

## THIRTEENTH AFFIRMATIVE DEFENSE

16    Plaintiffs have no standing to assert claims under Business and Professions Code section 17200,

17    *et seq.*

18

## FOURTEENTH AFFIRMATIVE DEFENSE

19    Defendants' practices complained of in the first amended complaint are not unlawful, in that

20    defendants' acts complied with all applicable statutes and regulations.

21

## FIFTEENTH AFFIRMATIVE DEFENSE

22    Defendants deny that they failed to pay plaintiffs wages due as alleged in plaintiffs' first

23    amended complaint.  However, if it is determined that there was such a failure on the part of defendants,

24    the act or omission giving rise to the failure to do so was in good faith.  Additionally, defendants had

25    reasonable grounds for believing that the act or omission was not a violation of any provision of the

26    ///

27    ///

28

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

7

1    federal Fair Labor Standards Act or the California Labor Code, or any regulations or work orders

2    promulgated pursuant thereto.

3

4    Dated: June 18, 2007                    LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

5

6                                            By: _____
                                                 Xavier A.M. Lavoipierre
7                                                Attorney for Defendants
                                                 SAN RAFAEL TOUCHLESS CAR WASH
8                                                PATTY SHIMEK and MIKE SMITH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DEMAND FOR JURY TRIAL</u>

PATTY SHIMEK and MIKE SMITH hereby demand a trial by jury for all issues which are so triable.


Dated: June 18, 2007                          LAW OFFICE OF XAVIER A.M. LAVOIPIERRE


By: _____/s/_____
        Xavier A.M. Lavoipierre
        Attorney for Defendants
        SAN RAFAEL TOUCHLESS CAR WASH
        PATTY SHIMEK and MIKE SMITH

Case No. C 07-2894 MEJ
ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

9