Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
Email:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533
Email:  swampadero@sbernsteinlaw.com

Attorneys for: Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>　　　**Plaintiffs,**<br><br>　　　vs.<br><br>**Shim, Inc., et al.,**<br><br>　　　**Defendants** | No. C 07-02894 MEJ<br><br>**DECLARATION OF ALBERT A. ERKEL, JR. IN SUPPORT OF MOTION TO REMAND**<br><br>DATE:  August 9, 2007<br>TIME:  10:00 a.m.<br>COURTROOM:  Hon. Maria-Elena James |

　　　I, Albert A. Erkel, Jr., declare:

　　　1.　　I am an attorney licensed to practice in the Courts of the State of California and in the United States District Court, Northern District of California.  I am one of the attorneys for the plaintiffs in this matter.  I have personal knowledge of the facts set forth herein and if called to testify I could and would testify under oath as to such facts.

1

---

2.  The following is a brief partial chronology of events in this action:

| | |
|---|---|
| January 18, 2005 | Complaint filed in Alameda County Superior Court naming Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Berkeley Touchless Car Wash, Mike Shimek and Roy Shimek as defendants; complaint alleged only California causes of action. |
| March 1, 2005 | Answer to complaint filed by defendants Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Berkeley Touchless Car Wash, Mike Shimek and Roy Shimek. |
| February 8, 2006 | Court issued a trial setting order scheduling the trial for September 15, 2006. |
| June 28, 2006 | Court issued an order pursuant to stipulation allowing the plaintiffs to file a first amended complaint and continuing the trial to May 4, 2007. |
| July 13, 2006 | Plaintiffs served the first amended complaint on counsel for Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Mike Shimek and Roy Shimek. |
| August 31, 2006 | Defendants Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Berkeley Touchless Car Wash, Mike Shimek and Roy Shimek filed a demurrer to the first amended complaint. |
| November 7, 2006 | Answer to the first amended complaint filed by defendants Shim, Inc. (for itself and Berkeley Touchless Car Wash), Canadian-American Oil Co., San Rafael Touchless Car Wash, Mike Shimek and Roy Shimek. |
| January 16, 2007 | Defendant Mike Smith, through counsel Xavier Lavoipierre, signed acknowledgment of receipt of summons. |
| January 17, 2007 | Court entered an order pursuant to stipulation to continue trail to August 3, 2007. |

2

| | | |
|---|---|---|
| 1 | February 15, 2007 | Defendants Patty Shimek and Mike Smith filed a motion to change venue. |
| 2 | March 20, 2007 | Court issued an order denying the motion of defendants Patty Shimek and Mike Smith to change venue. |
| 3 | April 11, 2007 | Defendants Mike Shimek and Roy Shimek filed a motion for summary judgment/summary adjudication. |
| 4 | April 17, 2007 | Plaintiffs filed a motion for summary adjudication as to the exemption defense alleged by defendants Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Mike Shimek and Roy Shimek. |
| 5 | April 23, 2007 | Defendants Patty Shimek and Mike Smith filed a request for stay and petition for writ of mandate regarding the Court's denial of their motion for change of venue and request for stay. |
| 6 | May 2, 2007 | Court of Appeal denied petition for writ of mandate and request for stay. |
| 7 | May 11, 2007 | Plaintiffs filed a motion to compel defendants Shim, Inc. and Canadian-American Oil Co. to attend a deposition and to produce documents. |
| 8 | June 4, 2007 | Defendants filed notice of removal. |
| 9 | June 7, 2007 | Scheduled hearing date in Alameda County Superior Court for plaintiffs' motion to compel defendants Shim, Inc. and Canadian-American Oil Co. to attend a deposition and to produce documents. |
| 10 | July 2, 2007 | Scheduled hearing date in Alameda County Superior Court for plaintiffs' motion for summary adjudication. |
| 11 | August 3, 2007 | Scheduled trial date in Alameda County Superior Court. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2007, in Roseville, California.

                                                /S/ Albert A. Erkel, Jr.
                                                Albert A. Erkel, Jr.