Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
Email:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533
Email:  swampadero@sbernsteinlaw.com

Attorneys for: Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza, <br><br>　　　Plaintiffs, <br><br>　　　vs. <br><br>Shim, Inc., et al., <br><br>　　　Defendants | No. C 07-02894 MEJ <br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND** <br><br>[Filed Concurrently with Memorandum of Points And Authorities In Support Thereof; Declaration Of Albert A. Erkel, Jr. In Support Thereof; and Proposed Order] <br><br>**DATE:** August 9, 2007 <br>**TIME:** 10:00 a.m. <br>**COURTROOM:**  Hon. Maria-Elena James |

TO ALL DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that on August 9, 2007 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom B of the above-entitled Court located at 450 Golden Gate

1

Ave., San Francisco, California, plaintiffs Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza will and hereby do move for an order that this action should be remanded to Alameda County Superior Court.  This motion is made on the grounds that (1) all defendants failed to file a notice of removal within the time required by 28 USC §1446(b); and (2) all defendants have waived any right to remove this case to federal court.

      This motion is based on this notice, the memorandum of points and authorities, the declaration of Albert A. Erkel, Jr. in support thereof, and the pleading and records on file in this action, and upon such other and further evidence and argument as may be presented at the hearing of this matter.

Dated: July 2, 2007

                      LAW OFFICES OF ALBERT A. ERKEL, JR.

                      _____/S/ Albert A. Erkel, Jr._____

                      Albert A. Erkel, Jr.
                      Attorneys for Plaintiffs