Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
Email:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533
Email:  swampadero@sbernsteinlaw.com

Attorneys for: Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,** | No. C 07-02894 MEJ |
| **Plaintiffs,** | **[PROPOSED] ORDER ON PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND** |
| **vs.** | |
| **Shim, Inc., et al.,** | |
| **Defendants** | |

**GOOD CAUSE APPEARING,** IT IS HEREBY ODERED that plaintiffs' motion to remand is granted.  This action shall be remanded to the Superior Court of the State of California, County of Alameda.

Dated: _____

                                                 _____
                                                 MARIA-ELENA JAMES
                                                 United States Magistrate Judge