Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
E-mail:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**Shim, Inc., et al.,**<br><br>　　　　**Defendants** | No. C 07-02894 MEJ<br><br>**PLAINTIFFS' CORRECTION OF TYPOGRAPHICAL ERROR REGARDING DATE OF HEARING FOR MOTION FOR REMAND**<br><br><br>DATE:  August 23, 2007<br>TIME:  10:00 a.m.<br>COURTROOM:  Hon. Maria-Elena James |

TO ALL DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that plaintiffs' motion to remand, filed on July 3, 2007, contained a typographical error regarding the date of the hearing.  The correct hearing date is August 23, 2007 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom B

1

---

of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, California.

Dated:          July 10, 2007

                        LAW OFFICES OF ALBERT A. ERKEL, JR.


                        /S/ Albert A. Erkel, Jr.

                        Albert A. Erkel, Jr.
                        Attorneys for Plaintiffs