1    XAVIER A.M. LAVOIPIERRE (SBN 132798)
     LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
2    809 Broadway, Suite 5
     P. O. Box 256
3    Sonoma, CA 95476-0256
     Tel: (707)938-1611
4    Fax: (707)938-4223

5    Attorney for Defendants
     SAN RAFAEL TOUCHLESS CAR WASH
6    PATTY SHIMEK and MIKE SMITH

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13   REMIGIO EDMUNDO ALARCON, et al.          Case No. C 07-2894 MEJ

14              Plaintiffs,                   **DECLINATION TO PROCEED BEFORE A**
                                              **MAGISTRATE JUDGE**
15       v.                                   **AND**
                                              **REQUEST FOR REASSIGNMENT TO A**
16   SHIM, INC., et al.,                      **UNITED STATES DISTRICT JUDGE**

17              Defendants.

18

19         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20         The undersigned party hereby declines to consent to the assignment of this case to a United

21   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

22   United States District Judge.

23   Dated: July 11, 2007              LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

24

25                                     By: _____
                                          Xavier A.M. Lavoipierre
26                                        Attorney for Defendants
                                          SAN RAFAEL TOUCHLESS CAR WASH
27                                        PATTY SHIMEK and MIKE SMITH

28

     Case No. C 07-2894 MEJ

     DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
         AND
     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
                                         1