```
XAVIER A.M. LAVOIPIERRE (SBN 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476-0256
Tel: (707)938-1611
Fax: (707)938-4223

Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK AND MIKE SMITH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA,<br><br>Plaintiffs,<br><br>v.<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CIVIL ACTION NO.: C 07-2894 MEJ<br><br>RE: DOCUMENTS FROM STATE COURT FILE |

## MANUAL FILING NOTIFICATION

Regarding: SUPERIOR COURT FILE

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

---

CIVIL ACTION NO.: C 07-2894 MEJ
RE: DOCUMENTS FROM STATE COURT FILE

1

1  _X_ Voluminous Document (PDF file size larger than efiling system allows)

2  ___ Unable to Scan Documents

3
4  ___ Physical Object (description): _____
   _____

5  ___ Non-Graphical/Text Computer File (audio, video, etc.) on CD or other media

6
7  ___ Item Under Seal

8  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

9  ___ Other (description): _____
10 _____

11
12 Dated: _July 6_, 2007                LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
13
14                                      By: _____
                                        Xavier A.M. Lavoipierre
15                                      Attorney for Defendants
                                        SAN RAFAEL TOUCHLESS CAR WASH,
16                                      PATTY SHIMEK AND MIKE SMITH

CIVIL ACTION NO.: C 07-2894 MEJ
RE: DOCUMENTS FROM STATE COURT FILE

2

1  XAVIER A.M. LAVOIPIERRE (SBN 132798)
   LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
2  809 Broadway, Suite 5
   P. O. Box 256
3  Sonoma, CA 95476-0256
   Tel: (707)938-1611
4  Fax: (707)938-4223

5  Attorney for Defendants
   SAN RAFAEL TOUCHLESS CAR WASH,
6  PATTY SHIMEK AND MIKE SMITH

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14  REMIGIO EDMUNDO ALARCON, JACK      )  Case No.: C 07-2894 MEJ
    FRAHM, MARTIN MONROY, AND NILTON   )
15  SANTIAGO SIGUENZA,                 )  NOTICE OF FILING DOCUMENTS FROM
                                       )  STATE COURT FILE
16              Plaintiffs,            )
                                       )
17        v.                           )
                                       )
18  SHIM, INC., CANADIAN-AMERICAN OIL  )
    CO., SAN RAFAEL TOUCHLESS CAR      )
19  WASH, BERKELEY TOUCHLESS CAR       )
    WASH, MIKE SHIMEK, ROY SHIMEK AND  )
20  DOES 1 THROUGH 100, INCLUSIVE,     )
                                       )
21              Defendants.            )
                                       )
22                                     )
                                       )
23                                     )

24

25       Attached herewith are all documents which comprise the file from the Superior Court of

26  California, in and for the County of Alameda, Case Number RG05194007, as reflected in the state

27  court's register of actions. A copy of this notice will be served on all parties, with the exception of

28  the documents attached since these documents have previously been served on all parties.

Case No.: C 07-2894 MEJ
NOTICE OF FILING DOCUMENTS FROM STATE COURT FILE

1

1. Complaint for Violation of California Law by Failing to Pay Overtime and Meal and Rest Period Compensation; for Violation of Unfair Competition Laws; and for damages pursuant to Labor Code Section 226, filed on January 18, 2005;
2. Civil Case Cover Sheet, filed on January 18, 2005;
3. Answer to Unverified Complaint for Damages and Nonmonetary Relief, filed on March 07, 2005;
4. Proof of Service, filed on March 08, 2005;
5. Proof of Service, filed on March 08, 2005;
6. Proof of Service, filed on March 08, 2005;
7. Proof of Service, filed on March 08, 2005;
8. Proof of Service, filed on March 08, 2005;
9. Proof of Service, filed on March 08, 2005;
10. Notice of Case Management Conference and Order, filed on March 28, 2005;
11. Case Management Statement, filed on May 04, 2005;
12. Case Management Statement, filed on May 11, 2005;
13. Minutes, dated May 27, 2005;
14. Order re: Case Management, filed on May 26, 2005;
15. Notice of Second Case Management Conference, filed on June 21, 2005;
16. Rejection Letter Issued on Case Management Statement, dated September 07, 2005;
17. Case Management Statement, filed on October 11, 2005;
18. Letter re: Case Management Statement, filed on November 04, 2005;
19. Case Management Statement, filed on November 04, 2005;
20. Minutes, dated November 09, 2005;

Case No.: C 07-2894 MEJ
NOTICE OF FILING DOCUMENTS FROM STATE COURT FILE

21. Case Management Order, dated November 09, 2005;

22. Notice of Hearing (Amended), dated January 13, 2006;

23. Case Management Statement, filed on January 24, 2006;

24. Case Management Statement, filed on January 25, 2006;

25. Minutes, dated February 16, 2006;

26. Case Management Order, dated February 8, 2006;

27. Rejection Letter Issued on Case Management Statement, dated May 03, 2006;

28. Substitution of Attorney – Civil, filed on May 22, 2006;

29. Substitution of Attorney – Civil, filed on May 22, 2006;

30. Substitution of Attorney – Civil, filed on May 22, 2006;

31. Substitution of Attorney – Civil, filed on May 22, 2006;

32. Substitution of Attorney – Civil, filed on May 22, 2006;

33. Separate Statement of Undisputed Facts and Supporting Evidence in Support of Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, filed on May 25, 2006;

34. Notice of Motion for Summary Judgment, or, in the Alternative, Summary Adjudication; Declaration of Mike Shimek; Declaration of Roy Shimek; and Memorandum of Points and Authorities in Support Thereof [Filed Concurrently with Separate Statement of Undisputed Facts and Supporting Evidence], filed on May 25, 2006;

35. Proof of Service, filed on May 25, 2006;

36. Ex Parte Application for Order Pursuant to Stipulation to Continue Trial Date and for Filing of First Amended Complaint; Declaration of Xavier A.M. Lavoipierre, filed on June 28, 2006;

37. Stipulation to Continue Trial and for Filing of First Amended Complaint, filed on June 28, 2006;

38. Minutes, dated June 28, 2006;

39. Order Pursuant to Stipulation to Continue Trial Date and for Filing of First Amended Complaint, filed on June 28, 2006;

40. Notice of Entry of Order, filed on July 07, 2006;

41. First Amended Complaint for Violation of California and Federal Law by Failing to Pay Overtime and Meal and Rest Period Compensation; for Violation of Unfair Competition Laws; for Negligent Misrepresentation; and for Damages Pursuant to Labor Code Section 226, filed on July 17, 2006;

42. Notice of Hearing on Defendants' Demurrer to Plaintiffs' First Amended Complaint, filed on September 05, 2006;

43. Defendants' Demurrer to Plaintiffs' First Amended Complaint; Memorandum of Points and Authorities in Support of Demurrer, filed on September 05, 2006;

44. [Proposed] Order on Defendants' Demurrer to Plaintiffs' First Amended Complaint, filed on September 05, 2006;

45. Plaintiffs' Opposition to Defendants' Demurrer, filed on October 11, 2006;

46. Defendants' Reply Memorandum of Points and Authorities in Support of Demurrer to Plaintiffs' First Amended Complaint, filed on October 17, 2006;

47. Minutes, dated October 24, 2006;

48. Order – Demurrer to the First Amended Complaint Sustained, dated October 24, 2006;

49. Notice of Entry of Order, filed on October 25, 2006;

50. Defendants' Answer to Plaintiffs' Unverified First Amended Complaint, filed on November 07, 2006;

51. Notice of Motion and Motion to Vacate Trial Date, filed on December 20, 2006;

52. Defendants' Memorandum of Points and Authorities in Support of Motion to Vacate Trial Date, filed on December 20, 2006;

53. Declaration of Xavier A.M. Lavoipierre in Support of Motion to Vacate Trial Date, filed on December 20, 2006;

54. Declaration of Thomas I. Saberi in Support of Motion to Vacate Trial Date, filed on December 20, 2006;

55. Declaration of Scot Bernstein in Support of Plaintiffs' Opposition to Defendants' Motion to Vacate Trial Date, filed on December 27, 2006;

56. Plaintiffs' Opposition to Defendants' Motion to Vacate Trial Date, filed on December 27, 2006;

57. Release of Civil Funds and Overpayments for all Divisions, dated December 26, 2006;

58. Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Vacate Trial Date, filed on January 03, 2007;

59. Minutes, dated January 17, 2007;

60. Declaration of Service by Mail, dated January 17, 2007;

61. Order – Motion to Vacate Trial Date Granted, dated January 11, 2007;

62. Declaration of Service by Mail, dated January 17, 2007;

63. Stipulation to Continue Date of Trial, and Order Pursuant to Stipulation, filed on February 07, 2007;

64. Notice of Motion and Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

65. Memorandum of Points and Authorities in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

66. Declaration of Xavier A.M. Lavoipierre in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

67. Declaration of Patty Shimek in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

68. Declaration of Roy Shimek in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

69. Declaration of Michael Smith in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on February 15, 2007;

70. Plaintiffs' Opposition to Defendants' Motion to Transfer Venue, and for Reasonable Expenses and Attorneys' Fees, filed on March 07, 2007;

71. Declaration of Scot Bernstein in Support of Plaintiffs' Opposition to Defendants' Motion to Transfer Venue, and for Reasonable Expenses and Attorneys' Fees, filed on March 07, 2007;

72. Reply Memorandum of Points and Authorities in Support of Motion to Transfer Venue, and for Reasonable Expenses and Attorney's Fees, filed on March 13, 2007;

73. Notice of Unavailability, filed on March 19, 2007;

74. Minutes, dated March 20, 2007;

75. Order Denying Motion to Change Venue, filed on March 20, 2007;

76. Notice of Motion for Summary Judgment, or, in the Alternative, Summary Adjudication; Declaration of Mike Shimek; Declaration of Roy Shimek; and Memorandum of Points and Authorities in Support Thereof [Filed Concurrently with Separate Statement of Undisputed Facts and Supporting Evidence], filed on April 11, 2007;

77. Separate Statement of Undisputed Facts and Supporting Evidence in Support of Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, filed on April 11, 2007;

78. Proof of Service, filed on April 11, 2007;

79. Plaintiffs' Separate Statement of Undisputed Facts in Support of Their Summary Adjudication, filed on April 17, 2007;

80. Plaintiffs' Notice of Motion and Motion for Summary Adjudication, filed on April 17, 2007;

81. Declaration of Albert A. Erkel, Jr. in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

82. Declaration of Plaintiff Nilton Siguenza in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

83. Declaration of Plaintiff Remigio Edmundo Alarcon in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

84. Declaration of Plaintiff Martin Monroy in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

85. Declaration of Plaintiff Jack Frahm in Support of Plaintiffs' Motion for Summary Adjudication, dated April 13, 2007;

86. Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

87. Copies of Federal Authorities and Work Order No. 9-2001 Cited in Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

88. Exhibits to the Declaration of Albert A. Erkel, Jr. in Support of Plaintiffs' Motion for Summary Adjudication, filed on April 17, 2007;

89. Proof of Service, filed on April 17, 2007;

90. Denial Letter re: Petition for Writ of Mandate and Request for Stay, filed on May 4, 2007;

91. Plaintiffs' Notice of Motion and Motion to Compel Attendance at the Deposition and to Compel the Production of Documents at the Deposition, filed on May 15, 2007;

92. Plaintiffs' Memorandum of Points and Authorities in Support of their Motion to Compel Attendance at the Deposition and to Compel the Production of Documents a the Deposition, filed on May 15, 2007;

93. Plaintiffs' Separate Statement in Support of their Motion to Compel Attendance at the Deposition and to Compel the Production of Documents at the Deposition, filed on May 15, 2007;

94. Declaration of Albert A. Erkel, Jr. in Support of Plaintiffs' Motion to Compel, filed on May 15, 2007;

95. [Proposed] Order on Plaintiffs' Motion to Compel Attendance at the Deposition and to Compel the Production of Documents at the Deposition;

96. Declaration of Thomas I. Saberi in Opposition to Plaintiffs' Motion to Compel Attendance at Deposition and Production of Documents, filed on May 22, 2007;

97. Defendants' Response to Plaintiffs' Separate Statement in Opposition to Plaintiffs' Motion to Compel Attendance at Deposition and Production of Documents, filed on May 22, 2007;

98. Defendant's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel Attendance at Deposition and Production of Documents, filed on May 22, 2007;

99. Proof of Service, filed on May 22, 2007;

100. Plaintiffs' Memorandum of Points and Authorities in Reply to Defendants' Opposition to Motion to Compel Attendance at the Deposition and to Compel the Production of Documents at the Deposition, filed on May 31, 2007;

101. Notice to Adverse Parties of Removal to Federal Court, filed on June 04, 2007;

102. Minutes, filed on June 07, 2007;

103. Order – Motion to Compel Attendance at Deposition Dropped, dated June 07, 2007;

104. Declaration of Service by Mail, dated June 07, 2007.

Dated: June 25, 2007

LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: _____
Xavier A.M. Lavoipierre
Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK AND MIKE SMITH

*Alarcon, et al. v. Shim, Inc., et al.*

PROOF OF SERVICE BY MAIL

I, Nazha Shatara, declare that I am an active member of the State Bar of California and not a party to the within above-entitled action. My business address is 809 Broadway, Suite 5; P.O. Box 256; Sonoma, California, 95476-0256.

On June 25, 2007, I deposited in the U.S. Mail the following document(s):

1) NOTICE OF FILING DOCUMENTS FROM STATE COURT FILE

in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sonoma, California, addressed as follows:

Albert A. Erkel, Jr.
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA 95661

Scot Bernstein
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655

Thomas I. Saberi
Law Offices of William H. Paynter
1045 Airport Blvd., Suite 12
South San Francisco, CA 94080

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Sonoma, California, on June 25, 2007.

Nazha Shatara