1  THOMAS I. SABERI (SBN 169652)
   LAW OFFICES OF WILLIAM H. PAYNTER
2  1045 Airport Blvd, Suite 12
   South San Francisco, CA 94080
3  Tel: (650)588-2428
   Fax: (650)873-7046
4
   Attorney for Defendants
5  SHIM, INC., CANADIAN-AMERICAN OIL CO.,
   ROY SHIMEK AND MIKE SHIMEK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, et al. | Case No. C 07-2894 MEJ |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| SHIM, INC., et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 11, 2007                    LAW OFFICES OF WILLIAM H. PAYNTER


                                        By: _____
                                        Thomas I. Saberi
                                        Attorney for Defendants
                                        SHIM, INC., CANADIAN-AMERICAN OIL CO.,
                                        ROY SHIMEK AND MIKE SHIMEK

Case No. C 07-2894 MEJ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
        AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE