# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMIGIO EDMUNDO ALARCON, et al,)
                Plaintiff (s)    )    CASE NO. C-07-2894 MEJ
     v.                         )    **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
SHIM, INC., et al               )
                Defendant (s)   )

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: July 19, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk