Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
E-mail:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533

Attorneys for: Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>　　　**Plaintiffs,**<br><br>　　　vs.<br><br>**Shim, Inc., et al.,**<br><br>　　　**Defendants** | No. C 07-02894 SI<br><br>**PLAINTIFFS' NOTICE OF NEW HEARING DATE, TIME, AND LOCATION FOR MOTION FOR REMAND**<br><br>DATE:  September 14, 2007<br>TIME:  9:00 a.m.<br>COURTROOM:  Hon. Susan Illston |

TO ALL DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the hearing date, time and location for plaintiffs' motion for remand has been changed to September 14, 2007 at 9:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 10 of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, California.

1

_____
PLAINTIFFS' NOTICE OF MOTION TO REMAND
C 07-02894 SI

Dated: July 22, 2007

                      LAW OFFICES OF ALBERT A. ERKEL, JR.

                      _____/S/ Albert A. Erkel, Jr._____

                      Albert A. Erkel, Jr.
                      Attorneys for Plaintiffs