IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMIGIO E.ALARCON,                                    No. C 07-02894SI

        Plaintiff,                                          **NOTICE**

 v.

SHIM INC.,

        Defendant.
                                                     /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 19, 2007, at 2:00 a.m. Please comply with the attached order when preparing for the conference.

Dated: July 25, 2007                                 RICHARD W. WIEKING, Clerk

 

                                                                                            Tracy Sutton
                                                                               Deputy Clerk

**United States District Court**
For the Northern District of California