Albert A. Erkel, Jr. (SBN 93793)
Law Offices of Albert A. Erkel, Jr.
3300 Douglas Boulevard, Suite 125
Roseville, CA  95661
Tel:  (916) 772-8700
Fax:  (916) 772-5357
E-mail:  albert_erkel@yahoo.com

Scot Bernstein (SBN 94915)
Law Offices of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, California  95655
Tel:  (916) 447-0100
Fax:  (916) 933-5533

Attorneys for: Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy, and Nilton Santiago Siguenza,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**Shim, Inc., et al.,**<br><br>    Defendants | No. C 07-02894 SI<br><br>**PLAINTIFFS' CERTIFICATE OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER** |

    Pursuant to the Case Management Conference Order, on July 27, 2007, I served the Case Management Conference Order on the interested parties in this action by depositing copies enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail addressed as follows:

1

_____
PLAINTIFFS' CERTIFICATE OF SERVICE
C 07-02894 SI

Xavier A.M. Lavoipierre, Esq.
Law Office Of Xavier A.M. Lavoipierre
809 Broadway, Suite 5
P.O. Box 256
Sonoma, CA  95476-0256

Thomas I. Saberi, Esq.
Law Offices of William H. Paynter
1045 Airport Blvd., Suite 12
South San Francisco, CA  94080

    There is delivery by United States mail at each of the places so addressed, or there is regular communication by mail between the place of mailing and each of the places so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 27, 2007 at Roseville, California.

                                        _____/S/Albert A. Erkel, Jr._____
                                             Albert A. Erkel, Jr.

PLAINTIFFS' CERTIFICATE OF SERVICE
C 07-02894 SI