*Law Offices of*
**WILLIAM H. PAYNTER**
**THOMAS I. SABERI, ESQ. SB#169652**
**1045 Airport Blvd., Suite 12**
**So. San Francisco, CA 94080**
**(650) 588-2428**
**Fax (650)-873-7046**

Attorneys for Defendants
Shim, Inc., Can-Am, Inc.
Mike Shimek and Roy Shimek

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY AND NILTON SANTIAGO SIGUENZA,  )<br><br>         Plaintiff(s),  )<br><br>vs.  )<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO, SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK, and DOES 1 THROUGH 100, inclusive,  )<br><br>         Defendants.  ) | CASE NUMBER CV 07-02894 SI<br><br><br>Action Commenced: January 18, 2005<br><br><br>NOTICE OF UNAVAILABILITY |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that counsel THOMAS I. SABERI will be unavailable on the

following dates due to a planned vacation.  Said dates are as

follows:

August 13, 2007 through and including August 24, 2007.

He will be unavailabe to respond to ex parte applications, attend depositions, respond to

1

1    discovery or appear in court.

2           Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct

3    Tenderloin Housing Clinic v. Sparks (1992) 8 Cal. App. 4th 229, 20 Cal. Rptr. 2d 371.

4
     Dated:   August 10, 2007                    LAW OFFICES OF WILLIAM H. PAYNTER
5

6                                                /S/
                                                _____
7                                                THOMAS I. SABERI
                                                 Attorney for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2