Xavier A.M. Lavoipierre (SBN 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476-0256
Tel: (707)938-1611
Fax: (707)938-4223

Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK AND MIKE SMITH


Thomas I. Saberi (SBN 169652)
LAW OFFICES OF WILLIAM H. PAYNTER
1045 Airport Blvd, Suite 12
South San Francisco, CA 94080
Tel: (650)588-2428
Fax: (650)873-7046

Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK AND MIKE SHIMEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA,<br><br>Plaintiffs,<br><br>v.<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: C 07-02894 SI<br><br>DECLARATION OF XAVIER A.M. LAVOIPIERRE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND<br><br><br>Date:        September 14, 2007<br>Time:        9:00 a.m.<br>Courtroom: Hon. Susan Illston |

I, Xavier A.M. Lavoipierre, declare:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and am attorney of record for defendants PATTY SHIMEK, MIKE SMITH and SAN RAFAEL TOUCHLESS CAR WASH. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto. This declaration is submitted in opposition to Plaintiffs' Motion to Remand.

2. Plaintiffs were given leave on June 28, 2006, by way of stipulation and order in the Alameda County Superior Court, to file their First Amended Complaint ("FAC") in this matter, substituting Patty Shimek and Mike Smith as Does 1 and 2, respectively. The FAC was filed on or about July 17, 2006.

3. In their FAC, Plaintiffs for the first time in this action asserted a federal labor claim under the Federal Fair Labor Standards Act, 29 USC §§ 201, *et seq.*, and are seeking damages pursuant to 29 USC § 216. As such, the matter was removable pursuant to 28 USC § 1441(b) since it arises under a statute which provides federal question jurisdiction.

4. Plaintiffs failed to effect service of the FAC on Mike Smith and Patty Shimek until January 16 and 22, 2007, respectively, when those Defendants mailed their Notice and Acknowledgment of Receipt pursuant to California Code of Civil Procedure section 415.30(c). The respective Notices were mailed to counsel for Defendants in late December 2006 and early January 2007. Attached hereto as Exhibit "A" are true and correct copies of the "Notice and Acknowledgment of Receipt" for Patty Shimek and Mike Smith.

5. Plaintiffs did not mail the Notices until the other Defendants in the action filed a motion to vacate the then pending trial date of May 2007 due to Plaintiffs' delay in effecting service.

---

Case No.: C 07-02894 SI
DECLARATION OF XAVIER A.M. LAVOIPIERRE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

6. On June 18, 2007, prior to filing their Motion to Remand, Plaintiffs filed a Request to Enter Default against Defendants Patty Shimek and Mike Smith on the grounds that those Defendants had "failed to file a pleading or motion within the time permitted by Federal Rule of Civil Procedure 81(c)." Attached hereto as Exhibit "B" is a true and correct copy of the "Request to Enter Default."

7. Plaintiffs claim that removal appears to have been solely to delay the trial and scheduled hearings on motions in this matter. This is not true. First, as set forth above, Plaintiffs have themselves caused delay of the trial of this matter by failing to diligently effect service on all Defendants. Furthermore, declarant believed that Plaintiffs added a federal cause of action to their FAC due to a desire, for whatever reason, to instigate removal to federal court. There does not seem to be any other reason to add the federal cause of action. Thus, declarant believed that Plaintiffs had changed tactics and were desirous of litigating this matter in federal court. Finally, Defendants were not in the least bit concerned about the outcome of the motions which were pending at the time of removal. That is simply a non-issue. Removal was not made for any improper purpose.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Sonoma, California, this 24th day of August, 2007.

_____/s/_____
Xavier A.M. Lavoipierre

Case No.: C 07-02894 SI
DECLARATION OF XAVIER A.M. LAVOIPIERRE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

# Exhibit A

| | POS-015 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Scot Bernstein     SBN 94915<br>Law Offices Of Scot Bernstein<br>10510 Superfortress Avenue, Suite C<br>Mather Field, CA 95655<br>TELEPHONE NO.: (916) 447-0100    FAX NO. (Optional): (916) 933-5533<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612-4293<br>BRANCH NAME: Rene C. Davidson Courthouse | |
| PLAINTIFF/PETITIONER: Alarcon; et al.<br>DEFENDANT/RESPONDENT: Shim, Inc.; et al | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>RG05194007 |

TO (insert name of party being served): __Parri Shimek__

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: __January 5, 2007__

__Scot Bernstein__
(TYPE OR PRINT NAME)         ▶  (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☐ A copy of the summons and of the complaint.
2. ☐ Other (specify):

(To be completed by recipient):

Date this form is signed: __1/22/07__

__Thomas I. Saberi__
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)    ▶  (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 (Rev. January 1, 2005)

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Scot Bernstein<br>Law Offices Of Scot Bernstein<br>10510 Superfortress Avenue, Suite C<br>Mather Field, CA 95655 | SBN 94915 | |
| TELEPHONE NO.: (916) 447-0100   FAX NO. (Optional): (916) 933-5533 | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): Plaintiffs | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612-4293
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF/PETITIONER: Alarcon; et al.

DEFENDANT/RESPONDENT: Shim, Inc.; et al

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: RG05194007

TO (insert name of party being served): **Mike Smith**

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 12/28/06

Scot Bernstein
(TYPE OR PRINT NAME)

(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [ ] Other (specify):

(To be completed by recipient):
Date this form is signed: January 16, 2007

Xavier Lavonierre
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Attorney for Mike Smith

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

Case 3:07-cv-02894-SI   Document 25   Filed 08/24/2007   Page 7 of 9

# Exhibit B

1  Albert A. Erkel, Jr. (SBN 93793)
   Law Offices of Albert A. Erkel, Jr.
2  3300 Douglas Boulevard, Suite 125
   Roseville, CA 95661
3  Tel: (916) 772-8700
   Fax: (916) 772-5357
4
   Scot Bernstein (SBN 94915)
5  Law Offices of Scot Bernstein
   10510 Superfortress Avenue, Suite C
6  Mather Field, California 95655
   Tel: (916) 447-0100
7  Fax: (916) 933-5533

8  Attorneys for: Plaintiffs

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  Remigio Edmundo Alarcon, Jack Frahm,    )   No. C 07-02894 MEJ
    Martin Monroy, and Nilton Santiago      )
15  Siguenza,                               )
                                            )   REQUEST TO ENTER DEFAULT
16          Plaintiffs,                     )
                                            )
17      vs.                                 )
                                            )
18  Shim, Inc., et al.,                     )
                                            )
19          Defendants                      )
                                            )
20                                          )
21                                          )
22                                          )
23                                          )

24

25      Plaintiffs Remigio Edmundo Alarcon, Jack Frahm, Martin Monroy and Nilton Santiago

26  Siguenza hereby request that the Clerk of the above-entitled Court enter default in this matter

27  against defendants Patty Shimek and Mike Smith on the ground that such defendants have failed

28  to file a pleading or motion within the time permitted by Federal Rule of Civil Procedure 81(c).

29      Defendants Patty Shimek and Mike Smith removed this case to United States District

1

REQUEST TO ENTER DEFAULT

Court, Northern District of California on June 4, 2007. In their Notice Of Removal, defendants acknowledge that Mike Smith was deemed served with the First Amended Complaint on January 16, 2007 and that Patty Shimek was deemed served with the First Amended Complaint on January 22, 2007. Neither defendant Patty Shimek nor defendant Mike Smith have answered nor presented other defenses or objections. Pursuant to Federal Rule of Civil Procedure 81(c) defendants "shall answer or present the other defenses or objections available under these rules within ... 5 days after the filing of the petition for removal...."

The above stated facts are set forth in the accompanying declaration of Albert A. Erkel, Jr., filed herewith.

Dated: June 18, 2007

                    LAW OFFICES OF ALBERT A. ERKEL, JR.


                    /S/ Albert A. Erkel, Jr.
                    Albert A. Erkel, Jr.
                    Attorneys for Plaintiffs

2

REQUEST TO ENTER DEFAULT