UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alarcon et al

                Plaintiff(s),

    v.

Shim, Inc. et al

                Defendant(s).

CASE NO. 07-CV-02894 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 19, 2007 2:00pm

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas I. Saberi | Δ's Shim, Inc. Mike Shimsh, Roy Shimsh, Can-Am, Inc. | 650-588-2428 | tsaberi@aol.com |
| Xavier LaVoipierre | Δ's San Rafael Touchless C Wash, Patti Shimsh, Mike Smith | 707-938-1611 | xlaw@sbcglobal.net |
| Albert Erkel | Plaintiffs | 916-772-8700 | albert_erkel@yahoo.com |
| Scot Bernstein | Plaintiffs | 916-447-0100 | swampadero@sbernsteinlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/27/07

                                                           Albert Erkel
                                                           Attorney for Plaintiff

Dated: 8/27/07

                                                           Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3 5 d)."