**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 18, 2007

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612-4293

RE:  CV 07-02894 SI     REMIGIO E.ALARCON-v-SHIM INC.
      Your Case Number: (RG 05194007)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                      /s/

                    by:  Yumiko Saito
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg