Xavier A.M. Lavoipierre (SBN 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476-0256
Tel: (707)938-1611
Fax: (707)938-4223

Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK and MIKE SMITH

Thomas I. Saberi (SBN 169652)
LAW OFFICES OF WILLIAM H. PAYNTER
1045 Airport Blvd, Suite 12
South San Francisco, CA 94080
Tel: (650)588-2428
Fax: (650)873-7046

Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK and MIKE SHIMEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA,<br><br>Plaintiffs/Appellees,<br><br>v.<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants/Appellants. | No.<br><br>Dist. Ct. No.: C 07-02894 SI<br>(Northern District of California)<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

---

Dist. Ct. No.: C 07-02894 SI
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

1

Defendants herein, SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK, PATTY SHIMEK and MIKE SMITH, appeal to the United States Court of Appeal for the Ninth Circuit from the District Court's Order Granting Plaintiffs' Motion to Remand, entered in this case on September 13, 2007, including that part of the District Court's Order finding that Plaintiffs herein did not waive their right to remand the matter to state court.

Respectfully Submitted,

Dated: October 8, 2007       LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: _____
Xavier A.M. Lavoipierre
Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK and MIKE SMITH

Dated: October 8, 2007       LAW OFFICES OF WILLIAM H. PAYNTER

By: _____
Thomas I. Saberi
Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK and MIKE SHIMEK

Dist. Ct. No.: C 07-02894 SI
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

2

Xavier A.M. Lavoipierre (SBN 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476-0256
Tel: (707)938-1611
Fax: (707)938-4223

Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK and MIKE SMITH


Thomas I. Saberi (SBN 169652)
LAW OFFICES OF WILLIAM H. PAYNTER
1045 Airport Blvd, Suite 12
South San Francisco, CA 94080
Tel: (650)588-2428
Fax: (650)873-7046

Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK and MIKE SHIMEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA, <br><br> Plaintiffs/Appellees, <br><br> v. <br><br> SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants/Appellants. | No. <br><br> Dist. Ct. No.: C 07-02894 SI <br> (Northern District of California) <br><br> REPRESENTATION STATEMENT |

Dist. Ct. No.: C 07-02894 SI
REPRESENTATION STATEMENT

1

The undersigned represent Shim, Inc., Canadian-American Oil Co., San Rafael Touchless Car Wash, Berkeley Touchless Car Wash, Mike Shimek, Roy Shimek, Patty Shimek and Mike Smith, defendants and appellants in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. F.R.A.P. 12(b); Circuit Rule 3-2(b)

Respectfully Submitted,

Dated: October 8, 2007

LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: _____
Xavier A.M. Lavoipierre
Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK and MIKE SMITH

Dated: October 8, 2007

LAW OFFICES OF WILLIAM H. PAYNTER

By: _____
Thomas I. Saberi
Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK and MIKE SHIMEK

Dist. Ct. No.: C 07-02894 SI
REPRESENTATION STATEMENT

2