1  Xavier A.M. Lavoipierre (SBN 132798)
   LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
2  809 Broadway, Suite 5
   P. O. Box 256
3  Sonoma, CA 95476-0256
   Tel: (707)938-1611
4  Fax: (707)938-4223

5  Attorney for Defendants
   SAN RAFAEL TOUCHLESS CAR WASH,
6  PATTY SHIMEK and MIKE SMITH

7

8  Thomas I. Saberi (SBN 169652)
   LAW OFFICES OF WILLIAM H. PAYNTER
9  1045 Airport Blvd, Suite 12
   South San Francisco, CA 94080
10 Tel: (650)588-2428
   Fax: (650)873-7046
11
   Attorney for Defendants
12 SHIM, INC., CANADIAN-AMERICAN OIL CO.,
   BERKELEY TOUCHLESS CAR WASH
13 ROY SHIMEK and MIKE SHIMEK

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18

19 REMIGIO EDMUNDO ALARCON, JACK      ) Case No.: C 07-02894 SI
   FRAHM, MARTIN MONROY, AND NILTON   )
20 SANTIAGO SIGUENZA,                 ) [PROPOSED] ORDER GRANTING
                                      ) DEFENDANTS' MOTION FOR A STAY OF
21            Plaintiffs/Appellees,   ) THE ORDER TO REMAND THIS ACTION
                                      ) TO STATE COURT
22       v.                           )
                                      )
23 SHIM, INC., CANADIAN-AMERICAN OIL  )
   CO., SAN RAFAEL TOUCHLESS CAR      )
24 WASH, BERKELEY TOUCHLESS CAR       )
   WASH, MIKE SHIMEK, ROY SHIMEK AND  )
25 DOES 1 THROUGH 100, INCLUSIVE,     ) Date:      December 7, 2007
                                      ) Time:      9:00 a.m.
26            Defendants/Appellants.  ) Courtroom: Hon. Susan Illston
                                      )
27 _____)

28
   _____
   Dist. Ct. No.: C 07-02894 SI
   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY
   OF THE ORDER TO REMAND THIS ACTION TO STATE COURT

                                    1

The motion of Defendants SAN RAFAEL TOUCHLESS CAR WASH, PATTY SHIMEK, MIKE SMITH, SHIM, INC., CANADIAN-AMERICAN OIL CO., BERKELEY TOUCHLESS CAR WASH, ROY SHIMEK, and MIKE SHIMEK, for a stay pending appeal of this Court's Order Granting Plaintiffs' Motion to Remand, entered on September 13, 2007, came on regularly for hearing in Courtroom 10 of this Court at 9:00 a.m., December 7, 2007. Having read and considered the pleadings and other documents in support of and in opposition to the motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' motion is hereby GRANTED. This Court's Order Granting Plaintiffs' Motion to Remand, entered on September 13, 2007, is stayed pending final disposition of Defendants' appeal to the Ninth Circuit Court of Appeals.

Dated: _____, 2007

_____
HON. SUSAN ILLSTON
Judge of the United States District Court,
Northern District of California

Dist. Ct. No.: C 07-02894 SI
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY
OF THE ORDER TO REMAND THIS ACTION TO STATE COURT

2