Xavier A.M. Lavoipierre (SBN 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476-0256
Tel: (707)938-1611
Fax: (707)938-4223

Attorney for Defendants
SAN RAFAEL TOUCHLESS CAR WASH,
PATTY SHIMEK and MIKE SMITH


Thomas I. Saberi (SBN 169652)
LAW OFFICES OF WILLIAM H. PAYNTER
1045 Airport Blvd, Suite 12
South San Francisco, CA 94080
Tel: (650)588-2428
Fax: (650)873-7046

Attorney for Defendants
SHIM, INC., CANADIAN-AMERICAN OIL CO.,
BERKELEY TOUCHLESS CAR WASH
ROY SHIMEK and MIKE SHIMEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA,<br><br>                    Plaintiffs/Appellees,<br><br>          v.<br><br>SHIM, INC., CANADIAN-AMERICAN OIL CO., SAN RAFAEL TOUCHLESS CAR WASH, BERKELEY TOUCHLESS CAR WASH, MIKE SHIMEK, ROY SHIMEK AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>                    Defendants/Appellants. | Case No.: C 07-02894 SI<br><br>DEFENDANTS' AMENEDED NOTICE OF MOTION AND MOTION FOR A STAY OF THE ORDER TO REMAND THIS ACTION TO STATE COURT<br><br><br><br><br><br>Date:          December 7, 2007<br>Time:          9:00 a.m.<br>Courtroom: Hon. Susan Illston |

Dist. Ct. No.: C 07-02894 SI
DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
FOR A STAY OF THE ORDER TO REMAND THIS ACTION TO STATE COURT

1

TO PLAINTIFFS REMIGIO EDMUNDO ALARCON, JACK FRAHM, MARTIN MONROY, AND NILTON SANTIAGO SIGUENZA, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2007, at 9:00. a.m., or as soon thereafter as the matter may be heard, in Courtroom 10, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Susan Illston, defendants SAN RAFAEL TOUCHLESS CAR WASH, PATTY SHIMEK, MIKE SMITH, SHIM, INC., CANADIAN-AMERICAN OIL CO., BERKELEY TOUCHLESS CAR WASH, ROY SHIMEK, and MIKE SHIMEK, will, and hereby do, move the Court for the following order: For a stay pending appeal of the District Court's Order Granting Plaintiffs' Motion to Remand, entered on September 13, 2007, on the grounds that Defendants are likely to succeed on appeal, there is a possibility of irreparable injury to Defendants if the motion is not granted, the balance of hardships favors defendants, and the public interest will be advanced by granting the motion.

Defendants' motion will be based on this Notice of Motion, Defendants' Memorandum of Points and Authorities in Support of Their Motion for a Stay of the Order to Remand This Action to State Court, and the Declaration of Xavier A.M. Lavoipierre in Support of Defendants' Motion for a Stay of the Order to Remand This Action to State Court, served and filed herewith, the records and

///

///

///

///

Dist. Ct. No.: C 07-02894 SI
DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
FOR A STAY OF THE ORDER TO REMAND THIS ACTION TO STATE COURT

2

1  files in this action, and on any further evidence and argument the Court will receive at or before the

2  hearing on the motion.

3

4  Dated: October 29, 2007                LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

5

6                                          By: _____/s/_____

7                                              Xavier A.M. Lavoipierre
                                               Attorney for Defendants
8                                              SAN RAFAEL TOUCHLESS CAR WASH,
                                               PATTY SHIMEK AND MIKE SMITH

9

10 Dated: October 29, 2007                LAW OFFICES OF WILLIAM H. PAYNTER

11

12                                         By: _____/s/_____

13                                             Thomas I. Saberi
                                               Attorney for Defendants
14                                             SHIM, INC., CANADIAN-AMERICAN OIL CO.,
                                               BERKELEY TOUCHLESS CAR WASH
15                                             ROY SHIMEK AND MIKE SHIMEK

16

17

18

19

20

21

22

23

24

25

26

27

28

Dist. Ct. No.: C 07-02894 SI
DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
FOR A STAY OF THE ORDER TO REMAND THIS ACTION TO STATE COURT