IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMIGIO E. ALARCON,

      Plaintiff,

v.

SHIM INC.,

      Defendant.

No. C 07-02894 SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to remand shall be removed off this Court's pending motion report. This case is on appeal and therefore, no further proceedings shall be held pending the 9th Circuits ruling on the appeal.

Dated: November 2, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk