IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMIGIO E. ALARCON,

        Plaintiff,

  v.

SHIM INC.,

        Defendant.
                                    /

No. C 07-02894 SI

**NOTICE**
Amended

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion ~~to remand~~ to stay.. shall be removed off this Court's pending motion report. This case is on appeal and therefore, no further proceedings shall be held pending the 9th Circuits ruling on the appeal.

Dated: November 2, 2007



RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk

**United States District Court**
**For the Northern District of California**