**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMIGIO E.ALARCON,

Plaintiff,

v.

SHIM INC.,

Defendant.
_______________________________/

No. C 07-02894SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to stay has been calendared for argument on Friday, December 14, 2007, at 9:00 a.m.

Dated: November 6, 2007

RICHARD W. WIEKING, Clerk

_______________________________
Tracy Sutton
Deputy Clerk