FILED

APR 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED
08 APR 18 AM 9:55

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| REMIGIO EDMUNDO ALARCON; et al., | No. 07-16898 |
| --- | --- |
| Plaintiffs - Appellees, | D.C. No. CV-07-02894-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| SHIM INC.; et al., | ORDER |
| Defendants - Appellants, | |
| v. | |
| MIKE SMITH, | |
| Third-party-defendant - Appellant. | |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator