**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 18, 2008

CASE NUMBER: **CV 07-02894 SI**
CASE TITLE: **REMIGIO E.ALARCON-v- SHIM INC.**
DATE MANDATE FILED: April 18, 2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Distribution:  CIVIL    -   Counsel of Record

              CRIMINAL  -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16